SEALED



FILED

JUL 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA   95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE AFFIDAVIT   )
    AND CRIMINAL COMPLAINTS RE:      )    213 - MJ - 0 2 2 3     KJN
12                                   )
                                     )
13    MATTHEW LUKE GILLUM and        )      SEALING ORDER
                                     )
14    JOLENE CHAN                    )
                                     )       UNDER SEAL
15                                   )
                                     )
16                                   )
                                     )
17                                   )
    _____   )
18

19      Upon application of the United States of America and good cause

20  having been shown,

21      IT IS HEREBY ORDERED that the file in the above-captioned matter

22  be, and is, hereby ordered sealed until further order of this Court.

23

24  DATED: July 23, 2013

25                            _____
                              Hon.  KENDALL J. NEWMAN
26                            UNITED STATES MAGISTRATE JUDGE

27

28