THOMAS A. JOHNSON, SBN# 119203
400 Capital Mall, Suite 1620
Sacramento, CA  95814
Telephone:  (916) 442-4022
Attorney for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW GILLUM,<br>　　　　Defendant | Case No. 2:13-mj-00223-KJN<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER<br><br>Date: 9/19/13<br>Time: 2:00 p.m.<br>Judge: Kendall J. Newman |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Hearing currently set for September 5, 2013 at 2:00 p.m. is continued to September 19, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).

It is further stipulated that good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  The parties further stipulate that the ends of justice are served by the Court excluding time from September 5, 2013 to September 19, 2013, so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv).  The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

/////

/////

/////

1  **IT IS SO STIPULATED.**

3  DATED: September 3, 2013          By:    /s/  Thomas A. Johnson
                                            THOMAS A. JOHNSON
4                                           Attorney for Defendant
                                            Matthew Gillum

5  DATED: September 3, 2013                 BENJAMIN WAGNER
                                            United States Attorney

7                                    By:    /s/   Thomas A. Johnson for
                                            JUSTIN LEE
8                                           Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for September 5, 2013, is continued to September 19, 2013.  It is further ORDERED that the time under the Speedy Trial Act between today's date and September 19 2013,  is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through September 19, 2013.

Dated: September 3, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE