1
2
3

THOMAS A. JOHNSON, SBN# 119203
400 Capital Mall, Suite 1620
Sacramento, CA  95814
Telephone:  (916) 442-4022
Attorney for Matthew Gillum

4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-mj-00223-KJN |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION AND ORDER |
| MATTHEW GILLUM, | ) ) ) | Date: 10/03/13 Time: 2:00 p.m. Judge: Kendall J. Newman |
| Defendant | ) ) | |

13

14       **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

15 Preliminary Hearing currently set for September 19, 2013 at 2:00 p.m. is continued to

16 October 3, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure, Rule

17 5.1(d).   On July 23, 2013, a complaint was filed against Mr. Gillum and he made an

18 initial appearance on July 24, 2013.  Both parties are mutually requesting this

19 continuance in order to work on resolving this matter pre-indictment.

20       It is further stipulated that good cause exists to extend the time for the preliminary

21 hearing within the meaning of Rule 5.1(d).  The parties further stipulate that the ends of

22 justice are served by the Court excluding time from September 19, 2013 to October 3,

23 2013, so that counsel for the defendant may have reasonable time necessary for

24 preparation, taking into account the exercise of due diligence.  18 U.S.C. Section

25 3161(h)(7)(B)(iv).  The defendant, defense counsel and the government stipulate and

26 agree that the ends of justice outweigh the best interest of the public and the defendant in

27 a speedy trial.  18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

28

1    **IT IS SO STIPULATED.**

2

3    DATED:  September 18, 2013          By:    /s/  Thomas A. Johnson
                                                THOMAS A. JOHNSON
4                                               Attorney for Defendant
                                                Matthew Gillum
5
     DATED:  September 18, 2013                 BENJAMIN WAGNER
6                                               United States Attorney

7                                        By:    /s/   Thomas A. Johnson for
                                                JUSTIN LEE
8    _____                                   Assistant U.S. Attorney

9

10

11                               **<u>ORDER</u>**

12

13        **IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for

14   September 19, 2013, is continued to October 3, 2013.  It is further ORDERED that the

15   time under the Speedy Trial Act between today's date and October 3,  2013,  is excluded

16   under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for

17   preparation of counsel.  For the reasons set forth above, the court finds that the ends of

18   justice served by a continuance outweigh the best interests of the public and the

19   defendants in a speedy trial and therefore excludes time through October 3, 2013.

20

21   Dated:  September 19, 2013

22
                                     _____
23                                   KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28