THOMAS A. JOHNSON, SBN# 119203
400 Capital Mall, Suite 1620
Sacramento, CA  95814
Telephone:  (916) 442-4022
Attorney for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW GILLUM,<br><br>　　　　Defendant | Case No. 2:13-mj-00223-KJN<br><br>STIPULATION AND ORDER<br><br>Date: 10/31/13<br>Time: 2:00 p.m.<br>Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Hearing currently set for October 3, 2013 at 2:00 p.m. is continued to October 31, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).  On July 23, 2013, a complaint was filed against Mr. Gillum and he made an initial appearance on July 24, 2013.  Both parties are mutually requesting this continuance in order to work on resolving this matter pre-indictment.

　　　　It is further stipulated that good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  The parties further stipulate that the ends of justice are served by the Court excluding time from October 3, 2013, to October 31, 2013, so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv).  The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

**IT IS SO STIPULATED.**

DATED:  October 2, 2013             By:     /s/  Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            Matthew Gillum

DATED:  October 2, 2013                     BENJAMIN WAGNER
                                            United States Attorney

                                    By:     /s/   Thomas A. Johnson for
                                            JUSTIN LEE
                                            Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for October 3, 2013, is continued to October 31, 2013.  It is further ORDERED that the time under the Speedy Trial Act between today's date and October 31, 2013,  is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through October 31, 2013.

Dated:  October 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE