THOMAS A. JOHNSON, SBN# 119203
400 Capital Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 442-4022
Attorney for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW GILLUM,<br><br>Defendant | Case No. 2:13-mj-00223-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER<br><br>Date: 12/13/13<br>Time: 2:00 p.m.<br>Judge: Carolyn K. Delaney |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Hearing currently set for November 15, 2013 at 2:00 p.m. is continued to December 13, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d). On July 23, 2013, a complaint was filed against Mr. Gillum and he made an initial appearance on July 24, 2013. Both parties are mutually requesting this continuance in order to work on resolving this matter pre-indictment. A plea agreement was recently submitted and Mr. Johnson needs additional time to go over it with Mr. Gillum.

It is further stipulated that good cause exists to extend the time for the Preliminary Hearing within the meaning of Rule 5.1(d). The parties further stipulate that the ends of justice are served by the Court excluding time from November 15, 2013, to December 13, 2013, so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(7)(B)(iv). The defendant, defense counsel and the government stipulate and

agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

**IT IS SO STIPULATED.**

DATED:  November 14, 2013          By:     /s/  Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for Defendant
                                                   Matthew Gillum

DATED:  November 14, 2013                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                          By:    /s/   Thomas A. Johnson for
                                                   JUSTIN LEE
                                                   Assistant U.S. Attorney

## **ORDER**

**IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for November 15, 2013, is continued to December 13, 2013.  It is further ORDERED that the time under the Speedy Trial Act between today's date and December13, 2013,  is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through December 13, 2013.

Dated:  November 14, 2013.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE