THOMAS A. JOHNSON, SBN# 119203
400 Capital Mall, Suite 1620
Sacramento, CA  95814
Telephone:  (916) 442-4022
Attorney for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00393-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | |
| MATTHEW GILLUM, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Plaintiff, United States of America, by and through its counsel of record, and

Defendant, Matthew Gillum, by and through his counsel of record, hereby stipulate as

follows:

     1.    By previous order, this matter was set for Status Conference on January 9, 2014.

     2.    By this stipulation, Defendant now moves to continue the Status Conference to January 30, 2014, and to exclude time between January 9, 2014, and January 30, 2014, under Local Code T4.  Plaintiff does not oppose this request.

     3.    The parties agree and stipulate, and request that the Court find the following:

        a.  Defendant's attorney needs more time to prepare which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of this case, conducting necessary research and investigation and then discussing with their clients how to proceed.

1    b.  Counsel for defendant believes that failure to grant the above-requested

2        continuance would deny him/her the reasonable time necessary for

3        effective preparation, taking into account the exercise of due diligence.

4    c.  The government does not object to the continuance.

5    d.  Based on the above-stated findings, the ends of justice served by

6        continuing the case as requested outweigh the interest of the public and

7        the defendant in a trial within the original date prescribed by the Speedy

8        Trial Act.

9    e.  For the purpose of computing time under the Speedy Trial Act, 18

10       U.S.C. § 3161, et seq., within which trial must commence, the time

11       period of January 9, 2014, to January 30, 2014, inclusive, is deemed

12       excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13       T4] because it results from a continuance granted by the Court at

14       defendant's request on the basis of the Court's finding that the ends of

15       justice served by taking such action outweigh the best interest of the

16       public and the defendant in a speedy trial.

17   4.  Nothing in this stipulation and order shall preclude a finding that other

18       provisions of the Speedy Trial Act dictate that additional time periods are

19       excludable from the period within which a trial must commence.

20

21   **IT IS SO STIPULATED.**

22

23   DATED:  January 7, 2014              By:          /s/ Thomas A. Johnson
                                                       THOMAS A. JOHNSON
                                                       Attorney for Matthew Gillum
24

25

26

27

28

DATED:  January 7, 2014

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                               By:    /s/ Thomas A. Johnson for
                                        JUSTIN LEE
                                        Assistant U.S. Attorney


                              **ORDER**

        **IT IS SO ORDERED.**

Dated:  January 8, 2014


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT