THOMAS A. JOHNSON, SBN# 119203
400 Capital Mall, Suite 1620
Sacramento, CA  95814
Telephone:  (916) 442-4022
Attorney for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW GILLUM,<br><br>　　　　Defendant | Case No. 2:13-cr-00393-MCE<br><br>AMENDED STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 1, 2014, at 9:00 a.m. is continued to August 7, 2014, at 9:00 a.m. in the same courtroom.   The continuance is being requested so that defense counsel and Probation have adequate time to prepare for sentencing.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 14, 2014　　　　　　　　　By:　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Matthew Gillum

///
///
///
///
///
///
///
///
///

1

1 | DATED: April 14, 2014           BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Thomas A. Johnson for
JUSTIN LEE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: April 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT