THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00393-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| vs. | ) | CONTINUANCE OF JUDGMENT AND |
| | ) | SENTENCING |
| MATTHEW GILLUM, | ) | |
| Defendant | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 14, 2014, at 9:00 a.m. is continued to October 30, 2014, at 9:00 a.m. in the same courtroom.   Probation has also been informed of the continuance request.

///
///
///
///
///
///
///
///
///

1

1  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's
2  attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  July 30, 2014                        By:     /s/ Thomas A. Johnson
                                                     THOMAS A. JOHNSON
                                                     Attorney for Matthew Gillum

DATED:  July 30, 2014                                BENJAMIN B. WAGNER
                                                     United States Attorney

                                             By:     /s/ Thomas A. Johnson for
                                                     JUSTIN LEE
                                                     Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  July 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW GILLUM,<br><br>Defendant | Case No. 2:13-cr-00393-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | October 30, 2014 |
| Reply or Statement | October 23, 2014 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | October 16, 2014 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | October 9, 2014 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 2, 2014 |