THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW GILLUM,<br><br>    Defendant | Case No. 2:13-cr-00393-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 30, 2014, at 9:00 a.m. is continued to January 29, 2015, at 9:00 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defense counsel needs additional time to prepare for sentencing and requested a continuance.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: October 9, 2014              By:   /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Matthew Gillum

DATED: October 9, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

1

By: /s/ Thomas A. Johnson for
JUSTIN LEE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW GILLUM,<br><br>　　　　Defendant | Case No. 2:13-cr-00393-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | January 29, 2015 |
| Reply or Statement | January 15, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 8, 2014 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | December 18, 2014 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 11, 2014 |

3