THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

Attorneys for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTHEW GILLUM,<br><br>  Defendant | Case No. 2:13-cr-00393-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 29, 2015, at 9:00 a.m. is continued to February 19, 2015, at 9:00 a.m. in the same courtroom.  Probation has also been informed of the continuance request.  Defense counsel anticipates he will be in a jury trial on January 29, 2015, and will be unavailable.  Additionally, Defendant needs additional time to prepare for sentencing and requested a continuance.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  January 12, 2015            By:   /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Matthew Gillum

1

| | |
|---|---|
| DATED:  January 12, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   /s/ Thomas A. Johnson for<br>       JUSTIN LEE<br>       Assistant United States Attorney |

IT IS SO ORDERED.

Dated:  January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW GILLUM,<br><br>　　　　Defendant | Case No. 2:13-cr-00393-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | February 19, 2015 |
| Reply or Statement | February 12, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | February 5, 2015 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 29, 2015 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 22, 2015 |

3