THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00393-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| MATTHEW GILLUM, | |
| Defendant | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 19, 2015, at 9:00 a.m. is continued to May 28, 2015, at 9:00 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.

///
///
///
///
///
///
///

1

Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: March 23, 2015    By:  /s/ Thomas A. Johnson
                              THOMAS A. JOHNSON
                              Attorney for Matthew Gillum


DATED: March 23, 2015         BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Thomas A. Johnson for
                              JUSTIN LEE
                              Assistant United States Attorney

    **IT IS SO ORDERED.**

Dated:  March 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW GILLUM,<br><br>Defendant | Case No. 2:13-cr-00393-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | May 28, 2015 |
| Reply or Statement | May 21, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 14, 2015 |

3