THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

Attorneys for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW GILLUM, <br><br> Defendant | Case No. 2:13-cr-00393-MCE <br><br> STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 28, 2015, at 9:00 a.m. is continued to August 20, 2015, at 9:00 a.m. in the same courtroom.  Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: May 26, 2015                             By:     /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
                                                        Attorney for Matthew Gillum

1

| | |
|---|---|
| DATED: May 26, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   /s/ Thomas A. Johnson for<br>       JUSTIN LEE<br>       Assistant United States Attorney |

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the Judgment and Sentencing in this Matter scheduled for May 28, 2015 is hereby continued to August 20, 2015 at 9:00 a.m. in Courtroom No. 7

**IT IS SO ORDERED.**

**Dated:  May 26, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTHEW GILLUM,<br><br>  Defendant | Case No. 2:13-cr-00393-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | August 20, 2015 |
| Reply or Statement | August 13, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 6, 2015 |

3