THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 442-4022
Attorney for Matthew Gillum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-00393-MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER FOR |
| | ) CONTINUANCE OF JUDGMENT AND |
| MATTHEW GILLUM, | ) SENTENCING |
| Defendant | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 20, 2015, at 9:00 a.m. is continued to September 17, 2015, at 9:00 a.m. in the same courtroom.

///
///
///
///
///
///
///
///
///

1

The continuance is being requested so that defense counsel has adequate time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: August 10, 2015    By:    /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
                                 Attorney for Matthew Gillum

DATED: August 10, 2015           BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ Thomas A. Johnson for
                                 JUSTIN LEE
                                 Assistant United States Attorney

    **IT IS SO ORDERED.**

Dated: August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MATTHEW GILLUM,<br><br>   Defendant | Case No. 2:13-cr-00393-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | September 17, 2015 |
| Reply or Statement | September 10, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 3, 2015 |

3