DENNIS S. WAKS, #142581
Attorney at Law
P.O. Box 2655
Sacramento, CA 95812-2655
Tel: 916-498-9871

Attorney for Defendant
MATTHEW L. GILLUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13- cr-00393--MCE |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO SEAL EXHIBIT TO THE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| vs. | ) ) | |
| MATTHEW L. GILLUM, | ) | Date:  October 21, 2021 |
| Defendant. | ) ) ) | Time:  9:15 a.m.  Judge: Hon. MORRISON C. ENGLAND, JR. |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Exhibit to Defendant Matthew L. Gillum's motion for early termination of supervised released shall be filed <u>under seal</u> until further order of the Court.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE